# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00588-CV

**San Juanita Medeles, Appellant**

**v.**

**Jeanette Jimmerson of The Texas Military Department – Texas State Guard, Darren Fitzgerald of The Texas State Military – Texas State Guard, Joe Cave of The Texas Military Department – Texas State Guard and Texas Military Department – Texas State Guard, Appellees**

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-24-000896, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant San Juanita Medeles has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed on Appellant's Motion

Filed: February 19, 2025